435 A.2d 263

Commonwealth v. Barrett, Appellant.

 Submitted December 6, 1979. Tom Mills, Jr., for appellant; Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and ROBERTS, JJ.[*]

Judgment of sentence affirmed.

ROBERTS, J., concurred in the result.

435 A.2d 263

Commonwealth v. Bechtold, Appellant.
Reversed for New Trial Dec. 3, 1981.

 Submitted November 12, 1979. Mark J. Goldberg, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

[*] Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.